**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| **In re:** | Chapter 13 |
| George Hamiel and Kimberly Hamiel | Case No. 16-51658 |
| | Judge: Thomas Tucker |
| Debtor(s).  / | |

## DEBTOR'S PROPOSED PLAN MODIFICATION

NOW COMES the Debtor, by and through counsel Moran Law, and in support of the Proposed Plan Modification, state as follows:

1. Debtor filed for Chapter 13 Bankruptcy Protection on August 22, 2016.
2. Debtors' Plan was confirmed on February 15, 2017.
3. The Debtor's confirmed plan duration is 60 months with a 0% dividend available to unsecured creditors. There are approximately 15 months remaining until plan completion.
4. Debtors current pay history is 86.01% with a current delinquency of $12,138.56. Mr. Hamiel was laid off work in March of 2020 due to the Covid-19 pandemic, he has recently found work but is income has been reduced, which does not allow him to remit his current plan payment and maintain his household expenses.
5. Debtors are seeking to excuse their delinquency, reduce his plan payment to $1,050.00 per month and extend his plan terms to 84 months.
6. Classes of Creditors will be affected as follows:
    A. Class 3:   There are no Class 3 creditors.
    B. Class 4:   Class 4 creditor will resume full monthly payments and the post-petition arrears will be cured by the end of plan.
    C. Class 5:   Class 5 creditors have received approximately 75% of their claims and will resume payments in December 2020 with a partial payment and should receive a full payment January 2021.
    D. Class 6:   There are no Class 6 creditors.
    E. Class 7:   There are no Class 7 creditors.
    F. Class 8:   There are no Class 8 creditors.
    G. Class 9:   There is no impact on any Creditor in Class 9 as they shall continue to receive the confirmed dividend towards their duly filed claims.
7. A liquidation analysis and worksheet have been attached (Exhibit B).

WHEREFORE the debtors pray this honorable court grant this proposed plan modification.

Date: November 23, 2020          /s/ *Ryan Moran*

Ryan Moran (P70753)
Attorney for Debtor
25600 Woodward Ave., Suite 201
Royal Oak, MI 48067
(248) 246-6536

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**In re:**  Chapter 13

George Hamiel and  Case No. 16-51658
Kimberly Hamiel

Judge: Thomas Tucker

　　　　　Debtor(s).　　　　　　　/

### Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

　　The deadline to file an objection to the attached proposed chapter 13 plan modification is **21 days after service**.

　　If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

　　If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee, and any objecting parties.  In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

　　Objections to the attached proposed chapter 13 plan modification shall be served on the following:

　　　　Ryan Moran, 25600 Woodward Ave, Suite 201, Royal Oak, MI  48067

　　　　Tammy L. Terry, 535 Griswold, Suite 2100, Detroit, MI 48226

　　　　　　　　　　　　　　/s/ Ryan B Moran
　　　　　　　　　　　　　　Ryan B. Moran (P70753)
　　　　　　　　　　　　　　Attorney for Debtor
Date: November 23, 2020　　　25600 Woodward Ave Suite 201
　　　　　　　　　　　　　　Royal Oak, MI  48067
　　　　　　　　　　　　　　248-246-6536
　　　　　　　　　　　　　　rmoran@moranlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| **In re:** | Chapter 13 |
| George Hamiel and Kimberly Hamiel | Case No. 16-51658 |
| | Judge: Thomas Tucker |
| Debtor(s).         / | |

## ORDER ALLOWING PLAN MODIFICATION

Debtors having filed a Notice of Plan Modification and no Objections having been filed; and the Court being fully advised:

IT IS HEREBY ORDERED:

1. The Debtor's Proposed Plan Modification shall be granted.

2. The plan term shall be extended to 84 months

3. The delinquency in the amount of $12,138.56 shall be excused.

4. Plan payments shall be reduced to $1,050.00 per month effective November 23, 2020.

5. In all other respects, the terms, and conditions of the confirmed plan, as last amended, shall remain in full force and effect.