UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:16-51658
Chapter 13
Hon: TUCKER

George And Kimberly Hamiel

                              Debtor(s).
_____/

## ORDER TO MODIFY THE AUTOMATIC STAY
## AS TO U of M CREDIT UNION

IT IS HEREBY ORDERED between the parties herein, that the automatic stay shall be modified as to Creditor, U of M Credit Union, said creditor having validly secured claims in the 2014 Dodge Ram:

IT IS FURTHER ORDERED that in the event that debtor(s) fails(s) to maintain payments to the trustee commencing with payments due on or after December 1, 2020, Creditor may submit a notice of Default, served upon debtor and debtor's counsel and permitting 21 days from the service of the notice in which to cure any and all defaults.  If debtor(s) fails to cure the default after having been provided with notice under the provisions of this order, then the Creditor may submit an Order of Lift of Stay to the Bankruptcy Court along with an affidavit attesting to a failure to maintain payments, and the stay shall be lifted without a further hearing, or notice.

IT IS FURTHER ORDERED that in the event that after Creditor submits two affidavits of default for debtor's failure to maintain payments to the trustee, upon the third default, Creditor may submit an Order of Lift of Stay to the Bankruptcy Court along with an affidavit attesting to a failure to maintain payments, and the stay shall be lifted without a further hearing, or notice.

IT IS FURTHER ORDERED that this Order shall be effective despite any conversion of the case to another chapter of Title 11 of the United States Bankruptcy Code.

**Signed on December 1, 2020**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**