# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| **In re:** | Chapter 13 |
| George Hamiel and Kimberly Hamiel | Case No. 16-51658 |
| | Judge Thomas Tucker |
| Debtors. / | |

## ORDER APPROVING POST-CONFIRMATION PLAN MODIFICATION

Debtors having filed a Proposed Plan Modification (Docket # 52) and no timely objections having been filed; and the Court being fully advised:

IT IS ORDERED that:

1. The Debtor's Proposed Plan Modification (Docket # 52) is approved.

2. The plan term is extended to 84 months.

3. The delinquency in the amount of $12,138.56 is excused.

4. Plan payments are reduced to $1,050.00 per month effective November 23, 2020.

5. In all other respects, the terms, and conditions of the confirmed plan, as last amended, remain in full force and effect.

**Signed on December 22, 2020**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge